PROB 12B
(7/93)

Report Date: March 23, 2006

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 24 2006

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel James Wheat

Case Number: 2:02CR00009-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 8/8/2002

Type of Supervision: Supervised Release

Original Offense: Unlawful Use of a Communication Facility in Causing and Facilitating a Federal Drug Crime, 21 U.S.C. § 853(b)

Date Supervision Commenced: 7/22/2005

Original Sentence: Prison - 48 Months; TSR - 12 Months

Date Supervision Expires: 7/21/2006

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20 You shall participate in the home confinement program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising probation officer.

## CAUSE

On March 8, 2006 and March 15, 2006, Daniel Wheat submitted a urine specimen at Second Chance Testing Center. Said specimen was confirmed positive at Scientific Testing Laboratories to contain the presence of marijuana. On March 23, 2006, Mr. Wheat met with the undersigned officer, at which time he admitted to smoking marijuana prior to submitting the urine specimen on March 8, 2006. Additionally, concerns were discussed with the defendant regarding his association with individuals in the community and a recent CPS referral. Currently, Mr. Wheat is involved in family counseling services to address issues at his residence that led to the CPS referral. Modification of the defendant's conditions, as indicated above, will limit Mr. Wheat's activities in the community and allow the

probation office to more closely monitor the defendant. Mr. Wheat has agreed to said modification, and has signed the attached waiver of hearing.

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date: March 23, 2006

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

March 23, 2006
Date