PROB 12A
(7/93)

Report Date: July 6, 2006

## United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Daniel James Wheat | Case Number: 2:02CR00009-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

| | |
|---|---|
| Date of Original Sentence: 08/08/2002 | Type of Supervision: Supervised Release |
| Original Offense: Unlawful Use of a Communication Facility in Causing and Facilitating a Federal Drug Crime, 21 U.S.C. § 853(b) | Date Supervision Commenced: 07/22/2005 |
| Original Sentence: Prison - 48 Months; TSR - 12 Months | Date Supervision Expires: 07/21/2006 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number        Nature of Noncompliance

1      **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On June 16, 2006, Daniel Wheat submitted a urine specimen at the U.S. Probation Office, which initially tested positive for the presence of marijuana. Subsequently, the specimen was forwarded to Scientific Testing Laboratories, where it was confirmed positive for marijuana. Additionally, on June 30, 2006, Mr. Wheat admitted to the undersigned officer that he consumed marijuana prior to submitting his urine specimen on June 16, 2006.

**U.S. Probation Officer Action**:

On June 30, 2006, Mr. Wheat met with the undersigned officer, at which time he reported he consumed marijuana to cope with "bad memories." He was reminded at that time his term of supervision is scheduled to expire on July 21, 2006, and if he chooses to continue using illegal substances, the undersigned officer will request official action from the Court. Additionally, Mr. Wheat is now required to meet with the undersigned officer weekly until his term of supervision expires. Additionally, he has been referred back to New Horizons Counseling services, and continues with weekly random urinalysis testing. Should Mr. Wheat choose not to comply with any conditions prior to July 21, 2006, the undersigned officer will request official action from the Court.

Prob12A
Re: **Wheat, Daniel James**
July 6, 2006
Page 2

                                                Respectfully submitted,
                            by _____

                                                Richard B. Law
                                                U.S. Probation Officer
                                                Date: July 6, 2006

---

JFvS [X] Court Concurs with Officer Action
     [ ] Submit a Request for Modifying the Condition or Term of Supervision
     [ ] Submit a Request for Warrant or Summons
     [ ] Other

                                                _Fred Van Sickle_____
                                                Signature of Judicial Officer

                                                July 8, 2006
                                                Date